UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Case No.: 11-60741 |
| | : | |
| BRUCE MAGILL | : | Chapter 13 |
| | : | |
| | : | Judge: Hoffman |
| | : | |
| Debtor. | | |

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

    **Now comes** the above referenced Debtor, Bruce Magill, by and through counsel, and hereby notifies this Court that he has moved. Debtor's new address is:

Bruce Magill
1230 4th Avenue
Duncansville, PA 16635

All future correspondence and notices to Debtor Bruce Magill should be directed to this address.

                                  Respectfully submitted,

                                  /s/David B. Schultz
                                  David B. Schultz (0077281)
                                  Luftman, Heck & Associates, LLP
                                  580 E. Rich Street
                                  Columbus, OH 43215
                                  Phone Number (614) 224-1500
                                  Facsimile Number (614) 455-8925
                                  Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, a copy of the foregoing Notice of Debtor's Change of Address was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Faye D. English    notices@ch13columbus.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Debra L Jansing    bk-notices@lauritolaw.com
- Nicholas Edward O'Bryan    NO'Bryan@lauritolaw.com

and on the following by **ordinary U.S. Mail,** addressed to:

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, Fl 33131

Bruce Magill
1230 4th Avenue
Duncansville, PA 16635

PRA Receivables Management, LLC
POB 41067
NORFOLK, VA 23541

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

/s/David B. Schultz
David B. Schultz (0077281)